## Maurer's Estate.    Maurer's Appeal.

*Supreme Court practice—Assignments of error—S. C. Rule* xxii.

The court will not consider errors not properly assigned.

An assignment of error that " the court erred in overruling or dismissing the exceptions filed to the auditor's report," does not conform to the rules of court.

An assignment that " the court erred in making the decree, confirming the auditor's report," points out no specific error.

Argued March 9, 1892.   Appeal, No. 252, Jan. T., 1892, by Elizabeth Maurer, from decree of O. C. Carbon Co., confirming report of auditor making distribution of estate of George Maurer, deceased.   Before PAXSON, C. J., GREEN, WILLIAMS, MITCHELL and HEYDRICK, JJ.

Exceptions to auditor's report.

The auditor having presented a report recommending distribution of the estate of George Maurer, deceased, a number of exceptions were filed thereto, which were dismissed by the court below, DREHER, P. J., filing an opinion.

Elizabeth Maurer, the accountant, appealed.

*Errors assigned* were, (1) " the court erred in overruling or dismissing the exceptions filed to the auditor's report by Elizabeth Maurer, the appellant;" (2) " the court erred in making the decree confirming the auditor's report."

*William G. Freyman* and *Horace Heydt,* for appellant.

*Laird H. Barber, William M. Rapsher* and *Michael Cassidy,* for appellees.

PER CURIAM, March 28, 1892 :

The first specification does not conform to the rules of court, and the second does not point out any specific error.

The decree is affirmed, and the appeal dismissed at the costs of the appellant.